IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STARLINDA BRANICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 21-CV-01351 |
| | ) | |
| PLEX, INC., | ) | Hon. Jorge L. Alonso |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT AND UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Plex, Inc. ("Defendant") hereby provides notice to the Court that the parties have reached a settlement in principle and are working to finalize a formal settlement agreement. Defendant further respectfully moves to extend by a further 30-days its deadline to answer or otherwise respond to the Complaint in this Action. As grounds for this motion, Defendant states as follows:

1. The Complaint in this Action was filed on March 11, 2021. Defendant's initial deadline to answer or otherwise respond to the Complaint was April 1, 2021.

2. On April 7, 2021, this Court extended until May 3, 2021 Defendant's deadline to respond to the Complaint. Dkt. No. 10. On May 3, 2021, this Court further extended this deadline until June 1, 2021. Dkt. No. 13.

3. The parties have recently reached a settlement in principle and need additional time to formalize the settlement agreement.

4. This is Defendant's third request for an extension of time.

5. Counsel for Defendant has conferred with counsel for Plaintiff regarding this

motion, and counsel for Plaintiff does not oppose the requested extension.

Whereas, Defendant respectfully requests that its deadline to respond to the Complaint be extended by an additional 30-days.

Dated: June 1, 2021            Respectfully submitted,

                                                     /s/ Jeffrey T. Norberg
                                                     Jeffrey T. Norberg, Esq.
                                                     Illinois Bar No. 6315012
                                                     **NEAL & McDEVITT, LLC**
                                                     1776 Ash Street
                                                     Northfield, Illinois 60093
                                                     Telephone:   (847) 441-9100
                                                     Facsimile:    (847) 441-0911